**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAVAL DUKE VALLARE,<br><br>    Plaintiff,<br><br>        vs.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-05-0551-DFL-CMK<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2005, the court directed plaintiff to either file a completed application to proceed in forma pauperis or pay the full filing fee within 30 days. To date, plaintiff has failed to comply.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order. <u>See</u> Local
4 Rule 11-110.
5 DATED: September 21, 2005.

                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE