IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL DUKE VALLARE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-05-0551-DFL-CMK-P<br><br><br><br>ORDER |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On March 28, 2005, the court directed plaintiff to either file a completed application to proceed in forma pauperis or pay the full filing fee within 30 days. As of September 22, 2005, plaintiff had not complied, and the court directed plaintiff to show cause within 20 days why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. A review of the docket reflects that, on October 11, 2005, plaintiff requested additional in forma pauperis application forms and also notified the court of his change of address. In the interest of justice, the court will sua sponte grant plaintiff additional time to respond to the court's September 22, 2005. The court will

1

consider as an adequate response either payment of the full filing fee or filing of a completed application to proceed in forma pauperis.  Plaintiff is advised that the court cannot consider the merits of plaintiff's complaint until his fee status is resolved.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, within 20 days of the date of service of this order, why this action should not be dismissed for lack of prosecution and failure to comply with rules and court order.  See Local Rule 11-110.

DATED:   October 19, 2005.

                                         **CRAIG M. KELLISON**
                                         UNITED STATES MAGISTRATE JUDGE