IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAVAL DUKE VALLARE,

      Plaintiff,

  vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA, et al.,

      Defendants.

No. CIV S-05-0551-DFL-CMK-P

ORDER

      Plaintiff, a state prisoner proceeding pro se,[1] brings this civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2005, the court directed plaintiff to either file a completed application to proceed in forma pauperis or pay the full filing fee within 30 days.  Plaintiff failed to comply.  On September 22, 2005, the court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules.  On October 11, 2005, plaintiff requested additional in forma pauperis forms from the Clerk of the Court.  Two such forms were sent to plaintiff the following day.  In light of plaintiff's request, on October 20, 2005, the court sua sponte granted plaintiff additional time to respond to the court's September 22, 2005, order to show cause by an additional 20 days.  The

---

[1] The court's prior orders in this case incorrectly refer to plaintiff as also proceeding in forma pauperis.

1

October 20, 2005, order advised plaintiff that the court would consider either the filing of a complete in forma pauperis application or payment of the statutory filing fee an adequate response.  As of December 7, 2005, plaintiff had not responded to the order to show cause and the court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders.

On December 8, 2005, plaintiff filed an application for leave to proceed in forma pauperis.  That application contains proper certification from prison officials.  It does not, however, contain answers to any of the questions concerning plaintiff's financial resources.  Plaintiff's application cannot be considered complete until these questions are answered.  In the interest of justice, the court will vacate the December 7, 2005, findings and recommendations and provide plaintiff with another opportunity to present this court with a <u>complete</u> in forma pauperis application, or the appropriate filing fee.  Plaintiff is again warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 7, 2005, are vacated;

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, which includes answers to all questions, or the appropriate filing fee; and

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  February 6, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE